**Order entered August 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00053-CR
No. 05-19-00054-CR

**JIMMY EARL SHELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-75945-S & F18-75947-S**

## ORDER

Before the Court is pro se appellant's August 19, 2019 motion for a copy of the record. In the motion, appellant alleges he has not received "trial transcripts."

We **ORDER** appellant's counsel, Sharita Blacknall, to send appellant copies of the clerk's and reporter's records and to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to counsel for the parties.

We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to Jimmy

Earl Shelly; TDCJ No. 02242800; Polunsky Unit; 3872 FM 350 South; Livingston, Texas 77351.

On the Court's own motion, we extend the time for filing appellant's pro se response to October 4, 2019.


/s/     LANA MYERS
          JUSTICE